UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 06-00280-SGL (OPx)                                    Date:  May 16, 2008

Title:   AMCAL MULTI-HOUSING, INC., A CALIFORNIA CORPORATION; AMCAL GENERAL CONTRACTORS, INC., A CALIFORNIA CORPORATION; AMCAL DIVERSIFIED CORP; A CALIFORNIA CORPORATION; AMCAL ENTERPRISES, INC., A CALIFORNIA CORPORATION; AVENUE 26 CONDOMINIUMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; CAMINO AL ORO FUND, L.P., A CALIFORNIA LIMITED PARTNERSHIP; AMCAL TESORO DEL VALLE FUND, L.P., A CALIFORNIA LIMITED PARTNERSHIP -v- PACIFIC CLAY PRODUCTS, a California corporation

==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                                          None Present
Courtroom Deputy Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                       None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


     On February 11, 2008, the parties in this matter filed a stipulation indicating that a settlement had been reached in this matter.  On February 11, 2008, this Court issued an Order removing this action from the list of pending cases and set the deadline for the filing of a stipulated dismissal thirty-days, thereafter.

     On March 12, 2008, the Court granted the parties joint stipulation for extension of time to file said dismissal.

     On May 9, 2008, plaintiff filed a unilateral request to set a status conference and/or order to show cause due to the failure of the parties to reach an agreement on finalizing the settlement.

EDCV 06-00280-SGL (OPx)
AMCAL MULTI-HOUSING, INC., A CALIFORNIA CORPORATION; AMCAL GENERAL CONTRACTORS, INC., A CALIFORNIA CORPORATION; AMCAL DIVERSIFIED CORP; A CALIFORNIA CORPORATION; AMCAL ENTERPRISES, INC., A CALIFORNIA CORPORATION; AVENUE 26 CONDOMINIUMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; CAMINO AL ORO FUND, L.P., A CALIFORNIA LIMITED PARTNERSHIP; AMCAL TESORO DEL VALLE FUND, L.P., A CALIFORNIA LIMITED PARTNERSHIP v PACIFIC CLAY PRODUCTS, a California corporation
MINUTE ORDER of May 16, 2008

    Counsel are hereby notified that this action is hereby set down on calendar for an **Order to Show Cause hearing set for August 4, 2008, at 11:00 a.m.**, in Courtroom One of the above-entitled court. At this hearing the Court will consider counsel's request for sanctions which may be include the striking of pleadings, entry of judgment in this matter, and imposition of sanctions or an award of costs and fees.

    IT IS SO ORDERED.